

# THE WIEDERKEHR LAW GROUP, P.C.

EVAN WIEDERKEHR, ESQ., C.F.L.
SARAH MONACO, ESQ., C.F.L.

ONE NORTH LEXINGTON AVENUE, 11TH FL.
WHITE PLAINS, NEW YORK 10601
TEL: (914) 297-1100
FAX: (914) 297-1199

> Application granted.
>
> The time to file the Statement of Issues on Appeal and Designation of Items Included in Record on Appeal is extended to June 6, 2023.
>
> **SO ORDERED.**
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> May 31, 2023

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   In Re Justo Reyes
        SDNY Bankruptcy Case No. 16-22556 (CGM)
        USDC SDNY Case No. 23 cv 4185 (PHM)

Dear Honorable Sir:

We are the attorneys for the appellant, Linda M. Tirelli, in the above referenced matter.  A Notice of Appeal was filed on behalf of Ms. Tirelli, counsel to the debtor, with respect to the April 28, 2023, Memorandum of Decision and Order (ECF Doc. 172) determining the Order to Show Cause Why Court Should Not Sanction Counsel.

Request is respectfully submitted seeking an enlargement of time to file the Statement of Issues on Appeal and Designation of Items Included in Record on Appeal until Tuesday, June 6, 2023.

The lower Court proceedings resulting in the Order appealed from spanned an almost two-year period from June 17, 2021, through April 28, 2023.  It involves multiple debtors and proceedings, with resulting transcripts, in these various cases generated over several years.

No debtors or creditors are affected by this appeal.  It affects only Appellant, as debtors' counsel.  As such, it is respectfully submitted that no prejudice results from this request for an enlargement of time.   No prior request for an enlargement of time has been made previously.

Hon. Philip M. Halpern
May 30, 2023
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

Evan Wiederkehr

cc:    Frederick G. Hall, Esq. (via email)
Krista Preuss, Esq. (via email)
Linda M. Tirelli (via email)