

**THE WIE**

EVAN WIEDERKEHR, ESQ., C.  
SARAH MONACO, ESQ., C.F.L

E, 11ᵀᴴ FL.  
)1

> Application granted. The briefing schedule is modified as follows.
>
> (1) Appellant shall file their opening brief  on August 14, 2023.
> (2) Appellee shall file their opposition brief on August 30, 2023.
> (3) Appellant shall file their reply brief on September 13, 2023.
> (4) The Court will hold oral argument on September 27, 2023 at 10:00 a.m. in Courtroom 520.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        July 26, 2023

Hon. Philip M. Halpern  
The Hon. Charles L. Briea  
Federal Building and  
United States Courthouse  
300 Quarropas Street  
White Plains, New York 10601

Re:  In Re Justo Reyes  
SDNY Bankruptcy Case No. 16-22556 (CGM)  
USDC SDNY Case No. 23 cv 4185 (PHM)

Dear Honorable Sir:

    We are the attorneys for the appellant, Linda M. Tirelli, in the above-referenced matter. A Notice of Appeal was filed on behalf of Ms. Tirelli, counsel to the debtor, with respect to the April 28, 2023, Memorandum of Decision and Order (ECF Doc. 172) determining the Order to Show Cause Why Court Should Not Sanction Counsel.

    Appellant's brief is to be submitted by July 30, 2023.  Trial and other commitments have impacted the ability to do so.  On consent of Respondents' counsel, request is respectfully made for a two-week extension of time to finalize and submit Appellant's brief until August 14, 2023.

    Thank you for your attention to this matter.

                        Respectfully submitted,

                        Evan Wiederkehr

cc:    Frederick G. Hall, Esq. *(via email)*  
       Denis Jose, Esq. *(via email)*