UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Justo Reyes,

                                                                              23-CV-04185-PMH

    Debtor.

-----------------------------------------------------------X

## NOTICE OF THE UNITED STATES TRUSTEE
## REGARDING THE STANDARD OF REVIEW

      Pursuant to this Court's direction to the parties to advise the Court as to whether they agreed or disagreed with the standard of review as articulated by the Court at the November 6, 2023, oral argument, the United States Trustee states that he agrees with that standard of review, as explained by the undersigned on the record at the argument.

                                                          Respectfully submitted,

November 6, 2023                                  WILLIAM K. HARRINGTON
                                                          United States Trustee for Region 2

                                                By: /s/ *Frederick G. Hall*
                                                        FREDERICK GASTON HALL
                                                        Trial Attorney

| | |
|---|---|
| RAMONA D. ELLIOTT | WILLIAM K. HARRINGTON |
| Deputy Director/General Counsel | United States Trustee for Region 2 |
| P. MATTHEW SUTKO | LINDA A. RIFFKIN |
| Associate General Counsel | Assistant United States Trustee |
| FREDERICK GASTON HALL | MARK E. BRUH |
| Trial Attorney | ANDREW D. VELEZ-RIVERA |
| | Trial Attorneys |
| Department of Justice | |
| Executive Office for | Department of Justice |
|  United States Trustees | Office of the United States Trustee |
| 441 G Street, NW, Suite 6150 | Alexander Hamilton Custom House |
| Washington, DC 20530 | One Bowling Green, Suite 534 |
| Tel.: (202) 307-1399 | New York, NY 10004 |
| Fac.: (202) 307-2397 | Tel.:  (212) 510-0500 |
| frederick.g.hall@usdoj.gov | Fac.:  (212) 668-2361 |
| | mark.bruh@usdoj.gov |
| | andy.velez-rivera@usdoj.gov |

CERTIFICATE OF SERVICE

     I certify that on November 6, 2023, I caused to be served the foregoing via the CM/ECF Electronic Filing system, which served all parties in this case.

                                     /s/ *Frederick G. Hall*
                                     FREDERICK GASTON HALL
                                     Trial Attorney