UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

Justo Reyes,

Debtor.
-----------------------------------------------------X

Case No. 23-CV-04185-PMH

### NOTICE OF THE ATTORNEY FOR APPELLANT, LINDA M. TIRELLI, ESQ., REGARDING THE STANDARD OF REVIEW

Pursuant to this Court's direction that the parties advise the Court as to whether they agreed or disagreed with the standard of review as articulated by the Court at the November 6, 2023 oral argument, Evan Wiederkehr, Esq., attorney for the Appellant, Linda M. Tirelli, Esq., hereby agrees with the aforementioned standard of review as articulated by the Court on the record at the oral argument.

Dated: White Plains, New York
       November 6, 2023

Respectfully submitted,

THE WIEDERKEHR LAW GROUP, P.C.
*Attorneys for Appellant, Linda M. Tirelli, Esq.*


/s/ Evan Wiederkehr
_____
By: Evan Wiederkehr, Esq.
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
Tel.: (914) 297-1100
Email: ew@wiedlaw.com