UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA TIRELLI,

                Appellant,

- against -

WILLIAM K. HARRINGTON as United States Trustee, and THOMAS C. FROST as Chapter 13 Trustee,

                Appellees.

**ORDER**

23-CV-04185 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Appellant's application to submit a supplemental brief in support of her appeal is denied. The Clerk of Court is respectfully directed to strike Appellant's unauthorized supplemental brief, dated November 12, 2023, in further support of its appeal (Doc. 25) and Appellee's response dated November 13, 2023 (Doc. 26).

                SO ORDERED.

Dated: White Plains, New York
          November 13, 2023

                _____
                PHILIP M. HALPERN
                United States District Judge