**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
In re:

JUSTO REYES, et al.,

                Debtors.
----------------------------------------------------------X
LINDA TIRELLI,

                Appellant,                23 **CIVIL** 4185 (PMH)

     -against-                             **JUDGMENT**

WILLIAM K. HARRINGTON as United States
Trustee, and THOMAS C. FROST as Chapter 13
Trustee,

                Appellees.
----------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 25, 2023, the Bankruptcy Court's Order is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
          November 27, 2023

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                              **BY:**   *K. Mango*

                                                    **Deputy Clerk**